IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 08-cr-00457-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LOUANN SAVALA,
2. MANIKHONE SAIGNAPHONE,
    a/k/a "Mani" Saignaphone, and
3. JESSICA ARAMBULA,

    Defendants.

## ORDER SETTING TRIAL DATES AND DEADLINES

This matter is before the Court upon appearance by counsel. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **December 2, 2008** and responses to these motions shall be filed by **December 9, 2008**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **January 5, 2009 at 10:00 a.m.**, in Courtroom A602. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a five-day jury trial is set for **January 12, 2009 at 1:30 p.m.**, in Courtroom A602.

DATED: November  17 , 2008    BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge